Opinion issued October 10, 2002 











In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00773-CR

____________


SADINA WELLS BAILEY, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from County Criminal Court at Law No. 5

Harris County, Texas

Trial Court Cause No. 1102829






MEMORANDUM OPINION

 Appellant filed a motion to dismiss the appeal. The motion is in writing,
signed by appellant. We have not yet issued a decision. Accordingly, the appeal is
dismissed. Tex. R. App. P. 42.2(a).

 The clerk of this Court is directed to issue mandate immediately. Tex. R. App.
P. 18.1.

PER CURIAM

Panel consists of Justices Hedges, Keyes, and Duggan. (1)

Do not publish. Tex. R. App. P. 47.
1. The Honorable Lee Duggan, Jr., retired Justice, Court of Appeals, First District
of Texas at Houston, participating by assignment.